UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ROSHUNDA M. WILSON**  **CIVIL ACTION NO: CV-22-5184**

**VERSUS**  **JUDGE:**

**WALMART INC.**  **MAGISTRATE:**

## NOTICE OF REMOVAL AND JURY DEMAND

TO: Amy Crawford – Deputy-in-Charge
United States District Court
Western District of Louisiana
Clerk of Court
201 Jackson Street, Suite 215
Monroe, LA  71201

James E. Ross, Jr.
Ross Law Firm
602 North 5th Street
Monroe, LA 71210-1295
ATTORNEY FOR PLAINTIFF

NOW INTO COURT, through undersigned counsel, come WALMART INC. ("Walmart"), defendant in the above-entitled cause, and appearing solely for the purpose of presenting this Notice of Removal of the above-entitled cause to this Honorable Court under the provisions of 28 U.S.C. § 1441, *et seq.,* and reserving all rights, respectfully shows as follows:

1.

This suit was filed by plaintiff in the 4th Judicial District Court, Civil Action No. C-20220821, Ouachita Parish, Louisiana, on March 14, 2022. (Ex. A).  Walmart was served with plaintiff's petition on or about March 22, 2022. Walmart filed its answer on or about May 11, 2022. (Ex. B).

1

2.

Plaintiff is a citizen of Louisiana. (Ex. C., p. 1, Answer to Interrogatory No. 1).

3.

Defendant Walmart Inc. is a Delaware corporation with its principal place of business in Bentonville, Arkansas. It is a publicly held company.

4.

In her Petition, plaintiff alleges that she was injured when she slipped and fell due to the floor being wet and slippery at a Walmart store.

5.

Consistent with Louisiana law, plaintiff does not allege any specific monetary amount of the value of his claims in her Petition.

6.

On August 3, 2022, Walmart received Plaintiff, Roshunda Wilson's Answer to Interrogatories, Response to Request for Production of Documents and Response to Request for Admission Propounded by Defendant (the "Discovery Responses") which admitted that the total amount of damages sought by plaintiff in this lawsuit exceeds the sum of $75,000, exclusive of interest and costs.  (Ex. C, p. 12, Response to Request for Admission No. 1).  This was the first notice to Walmart that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7.

Based the Discovery Responses, Walmart alleges the amount in controversy in this suit exceeds $75,000.00, exclusive of interest and costs.

8.

Pursuant to 28 USC § 1446(b), this Notice of Removal is timely because the Notice of Removal is filed within one year after the commencement of the action and within thirty days of receipt by Walmart of the notice of the amount in controversy.

9.

This Court has jurisdiction of this cause of action under 28 USC § 1332.

10.

The proper court for removal is the United States District Court for the Western District of Louisiana.

11.

Defendant requests a trial by jury as to all issues triable by a jury.

12.

Defendant further shows unto the Court that immediately upon the filing of this Notice of Removal, a copy of same shall be served upon all adverse parties and a copy filed with the Clerk of the 4th Judicial District Court, Ouachita Parish, Louisiana, all in accordance with 28 USC § 1446(d).

13.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read the foregoing Notice of Removal, that, to the best of his knowledge, information, and belief formed after reasonable inquiry, it is well grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or reversal of existing law, and that it

is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the costs of litigation.

WHEREFORE, defendant, Walmart Inc., removes the above-entitled case from the state court to this Court and prays for a trial by jury.

Respectfully submitted,

**CHADWICK, ODOM, & STOKES, LLC**

BY: */s/ Jacob R. Joffrion*
R. O'Neal Chadwick, Jr. (#19517)
nchadwick@coslegal.com
Gregory B. Odom, II (#33470)
godom@coslegal.com
Jonathan D. Stokes (#34111)
jstokes@coslegal.com
W. Alex Hooper (#39483)
ahooper@coslegal.com
Jacob R. Joffrion (#38787)
jjoffrion@coslegal.com
P.O. Box 12114
Alexandria, LA 71315
Telephone: (318) 445-9899
Facsimile: (318) 445-9470
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed, or by fax, or by email, this 9th day of September 2022.

*/s/ Jacob R. Joffrion*
Jacob R. Joffrion (#38787)